7/10/15 12:06PM

B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of New Jersey

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Akesis LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**45-3573817** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**248 Latitude Lane, Suites 103 and 104**<br>**Lake Wylie, SC**<br>ZIP Code **29710** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 214**<br>**Waldwick, NJ**<br>ZIP Code **07463** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Akesis LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Akesis LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Eric R. Perkins**
Signature of Attorney for Debtor(s)

**Eric R. Perkins**
Printed Name of Attorney for Debtor(s)

**McElroy, Deutsch, Mulvaney & Carpenter, LLP**
Firm Name

**40 West Ridgewood Avenue**
**Ridgewood, NJ 07450**

Address

                  **Email: info@mdmc-law.com**
**201-445-6722  Fax: 201-445-5376**
Telephone Number

**July 10, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ John Capicchioni**
Signature of Authorized Individual

**John Capicchioni**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 10, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## United States Bankruptcy Court
**District of New Jersey**

In re  **Akesis LLC**                                                                                   Case No.
                                                Debtor(s)          Chapter     **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept | $ **60,000.00** |
   | Prior to the filing of this statement I have received | $ **60,000.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **July 10, 2015**                                         **/s/ Eric R. Perkins**
                                                     **Eric R. Perkins**
                                                     **McElroy, Deutsch, Mulvaney & Carpenter, LLP**
                                                     **40 West Ridgewood Avenue**
                                                   **Ridgewood, NJ 07450**
                                                   **201-445-6722  Fax: 201-445-5376**
                                                   **info@mdmc-law.com**

# United States Bankruptcy Court
### District of New Jersey

In re  **Akesis LLC**

Debtor(s)

Case No.

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **July 10, 2015**

**/s/ John Capicchioni**
**John Capicchioni** / **President**
Signer/Title

```
3D CRO LLC
Attn: Paul Pellegrino
50 Place, Suite 5
Hackensack, NJ 07601


Advance Skincare Surgery & MedCare
301 W. Bastanchury Road, Suite 240
Fullerton, CA 92835


Alexis N. Ready
4001 David Cox Road
Charlotte, NC 28269


Alison M. Cundari
302 Elis Way
Fort Mill, SC 29708


Allus Clinical Research
Rydal Square
Jenkintown, PA 19046


Almac Clinical Services
Attn: Accounts Receivable
25 Fretz Road
Souderton, PA 18964


Altoona Center for Clinical Research
175 Meadowbrook Lane
Duncansville, PA 16635


American Express
PO Box 1270
Newark, NJ 07101-1270


Ann M. Cripple
11943 Xenia Lane
Orlando, FL 32827


Ann Marie Stavash
132 Williams Avenue
Hasbrouck Heights, NJ 07604


Artcraft Health
39 Highway 12
Flemington, NJ 08822
```

Attorney General of State of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207


Attorney General's Office
Division of Law
Richard J. Hughes Justice Complex
25 West Market St., PO Box 080
Trenton, NJ 08625


Attorney General's Office
1000 Assembly St
Columbia, SC 29201


Autumn Holland
120 W. Silverwood Ranch Estates
Shenandoah, TX 77384


Biostudy Solutions, LLC
3224-C N. College Road
PMB 210
Wilmington, NC 28405-8826


Brynn S. Barker
838 Skywatch Lane
Monroe, NC 28112


Canfield Scientific, Inc.
253 Passaic Avenue
Fairfield, NJ 07004-2524


Casselle S. Ball
6351 Oakridge Road
Clover, SC 29710


Center for Dermatology Clinical Research
2557 Mowry Avenue, Suite 21
Fremont, CA 94538


Charles C. Driskill
4062 Brookchase Blvd
Fort Mill, SC 29707

Charles W. Mumpower
414 Neil Hawkins Road
Gastonia, NC 28056


Charlottesville Dermatology Research
600 Peter Jefferson Parkway, Suite 230
Charlottesville, VA 22911


Cheryl L. Effron, M.D., Inc.
500 S. Anaheim Hills Road, Suite 210
Anaheim, CA 92806


Clinical Investigation Specialists, Inc.
1800 Nations Drive, Suite 115
Gurnee, IL 60031


Clinical Trials Network, Inc.
701 Brickel Key Blvd, Suite 1409
Miami, FL 33131


Clinical Trials of Texas, Inc.
7940 Floyd Curl Drive, Suite 700
San Antonio, TX 78229


Coast Dermatology Medical Associates
23550 Hawthorne Blvd, #200
Torrance, CA 90505


Cynthia C. Byrum
5756 Saint James Lane
York, SC 29745


David Stoll
9735 Wilshire Blvd, #418
Beverly Hills, CA 90212


Derek L. Harvey
321 Sparkman Road
Plant City, FL 33566


Dermatology Consulting Services
1817 Chestnut Drive
High Point, NC 27262

Dr. Sunil Dhawan
119 Martingale Drive
Fremont, CA 94539


Encino Research
16133 Ventura Blvd #340-380
Encino, CA 91436


Eshe Williams
8700 Hollow Creek Circle 301
Charlotte, NC 28262


eStudy Site
6367 Alvarado Court, Suite 300
San Diego, CA 92120


FXM Research Corp.
11760 Bird Road, Suite 452
Miami, FL 33172


FXM Research International
11760 Bird Road, Suite 452
Miami, FL 33172


FXM Research Miramar
11760 Bird Road, Suite 452
Miami, FL 33172


Greg T. Zingler, Inc.
2170 Wilton Drive, Apt. 213
Fort Lauderdale, FL 33305


Harmony Medical Research Institute
8001 West 26th Avenue, Unit 3
Hialeah, FL 33016


Health Awareness Inc.
411 West Indiantown Road
Jupiter, FL 33458


Heartland Research Associates - G
700 Medical Drive, Suite 210
Newton, KS 67114

Heartland Research Associates - K
3730 N. Ridge Road, Suite 600
Wichita, KS 67205


Heather L. Holt
326 Jackson Place
Apt. A
Golden, CO 80403


ICR - International Clinical Research
819 E. 1st Street, Suite 6
Sanford, FL 32771


IMA Medical Research, PC
660 White Plains Road, Suite 630
Tarrytown, NY 10591


Integreview
3001 S. Lamar Blvd, Suite 210
Austin, TX 78704


Internal Revenue Service
Special Procedures
PO Box 744
Springfield, NJ 07081-0744


Internal Revenue Service
1835 Assembly St.
Columbia, SC 29201


Interphase Clinical Consulting
Attn: Sabrina Montano
1925 Galbreth Road
Pasadena, CA 91104


Ishta Clinical Research
7238 Henri Bourassa Quest
Saint Laurent QC
H4S 2B2 Canada


Island Dermatology
360 San Miguel Drive, #501
Newport Beach, CA 92660

Joan Cellana
12055 3rd Street, E #201
Treasure Island, FL 33706


John D. Mills
210 Stallings Mill Drive
Mooresville, NC 28115


John W. Colby, III
135 Royal Pointe Way
Mooresville, NC 28117


Jose R. Cajigas
812 Caribou Ridge Trail
Pflugerville, TX 78660


Kathleen A. Seifert
2529 Crafton Drive
Bensalem, PA 19020


Keri L. Winkler
2101 Wood Avenue
Bristol, PA 19007


Kimberly M. Gray
6010 Inland Greens Drive
Wilmington, NC 28405


Kotait Clinical Monitoring
Attn: Virginia Kotait
1605 SW 78th Street
Gainesville, FL 32607


Laura M. Hundemer
1932 Nadine Road
Apt 104
Wesley Chapel, FL 33544


Lazar Associates LLC
Attn: Jeffrey D. Lazar
107 Nautilus Avenue
Austin, TX 78738

LCC Medical Research Institute, LLC
Attn: Vivial Salinas, RN
1150 NW 72 Ave, Suite 620
Miami, FL 33126


Leslie C. Zabel
1119 Arges River Drive
Fort Mill, SC 29715


LifeSci Compliance
P.O. Box 609
Lionville, PA 19353


Lisa M. Bledso
24322 Jumping Jay Drive
Hockley, TX 77447


Loren R. Gelber
6242 Folger Drive
Charlotte, NC 28270


Madison P. Hanakahi
5816 Natoma Road
Clover, SC 29710


Marietta Dermatology Clinical Research
111 Marble Mill Road
Marietta, GA 30060


Marilynn D. Graham
6818 Woodfield Drive
Charlotte, NC 28215


Marta I. Rendon, MD
1001 NW 13th Street, Suite 100
Boca Raton, FL 33486


Matthew W. Horsley
1029 Ileagnes Road
Raleigh, NC 27603


McGuire Woods
One James Center
901 East Cary Street
Richmond, VA 23219

Moore Clinical Research, Inc.
1171 Nikki View Drive
Brandon, FL 33511


Nancy B. Cundari
3200 Chester Highway
York, SC 29745


Oceane7 Clinical Research LLC
8100 W. Flagler Street, Suite 101
Miami, FL 33144


OM Medical
6841 S. Eastern Avenue, Suite 100
Las Vegas, NV 89119


OnPoint Alliances, LLC
9426 Chanson Place
Matthews, NC 28105


Palmetto Clinical Trial Services
115 N. Main Street
Fountain Inn, SC 29644


Paragon Research Corp.
Attn: Marc Bouthiller
123 West Nye Lane, Suite 449
Carson City, NV 89706


Paula Wyatt
9432 Emerald Woods Way
Knoxville, TN 37922


Perdomo Clinical Consulting Inc.
2211 Par Meadows Lane
Plant City, FL 33566


Physicians Research Group
3370 North Hayden Road #123-184
Scottsdale, AZ 85251


Quartesian, LLC
Attn: Thomas Pilsworth
3 Independence Way
Princeton, NJ 08540

```
Regina M. Cassidy
1850 Cotillion Drive
Apt. 3424
Atlanta, GA 30338


Renstar Medical Research
104 SE 1st Avenue, Suite B
Ocala, FL 34471


Research Across America/Texas Pharm
9 Medical Parkway, Suite 202
Dallas, TX 75234


Shahram Jacobs, MD Inc.
16133 Venura Blvd, Suite 310
Encino, CA 91436


Sharol J. Christenbury
329 Breckenridge Place
Rock Hill, SC 29732


Shelby Thompson
3034 Shannon Street
Sharon, SC 29742


South Florida Research Center, Inc.
2140 W. Flagler Street, Suite 112
Miami, FL 33135


State of New Jersey
Department of the Treasury
PO Box 193
Trenton, NJ 08646


State of South Carolina
Department of Treasury
P.O. Box 11778
Columbia, SC 29211


State of Tennesse, Div. of Taxation
500 Deaderick Street
Nashville, TN 37242
```

```
Staten Holdings
248 Latitute Lane, Suite 102
Clover, SC 29710


TD Bank, N.A. Business Solution
P.O. Box 84037
Columbus, GA 31908-4037


Tolupe Biyi
2800 Brazos Blvd
Apt. 15311
Euless, TX 76039


Trial Management Associates, LLC
2460 Delaney Avenue
Wilmington, NC 28401


United States Attorney
970 Broad Street
5th Floor
Newark, NJ 07102


Universal Medical & Research Center
801 Monterey Street, Suite 101
Miami, FL 33134


Visions Clinical Research LLC
8188 Jog Road, Suite 204
Boynton Beach, FL 33472


Westlake Dermatology Clinical Research
8825 Bee Caves Road
Austin, TX 78746
```

# United States Bankruptcy Court
**District of New Jersey**

In re  **Akesis LLC**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Akesis LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **July 10, 2015** | **/s/ Eric R. Perkins** |
| Date | **Eric R. Perkins** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Akesis LLC** |
| | **McElroy, Deutsch, Mulvaney & Carpenter, LLP** |
| | **40 West Ridgewood Avenue** |
| | **Ridgewood, NJ 07450** |
| | **201-445-6722 Fax:201-445-5376** |
| | **info@mdmc-law.com** |