# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re:  
AKESIS, LLC,

Debtor(s)

Case no.: __15-22985 (JKS)__

Chapter: __7__

Judge: __John K. Sherwood__

## AMENDMENT TO SCHEDULE D, E, F, G, H
## or LIST OF CREDITORS

Please specify the List or Schedule(s) to be amended:

- ❏ Schedule D - Creditors holding secured claims ($30.00 fee required*)
- ❏ Schedule E - Creditors holding unsecured priority claims ($30.00 fee required*)
- ❏ Schedule F - Creditors holding unsecured claims ($30.00 fee required*)
- ❏ Schedule G – Executory Contracts and Unexpired Leases
- ❏ Schedule H - Codebtors
- ☑ List of Creditors (Matrix) ($30.00 fee required*)

**IMPORTANT** – In order to receive official notices, parties added to Schedule G or H and not previously included in Schedules D, E, F or the List of Creditors, must be added to the List of Creditors.

The List or Schedule(s) indicated above, having been previously filed, is amended as follows:
(List name and address of creditors being added, deleted or modified and indicate same; use separate sheet if necessary)
SEE ATTACHED LIST

Dated: 7/22/2015

Dated: _____  Debtor's signature: _____

ATTORNEY FOR DEBTOR

ERIC R. PERKINS, ESQ.

* Schedules D, E, F and the List of Creditors may be amended simultaneously, thereby incurring only one $30 fee.

rev.12/1/12

Acella Pharmaceuticals, LLC
9005 Westside Parkway
Alpharetta, GA 30009

Actavis, Inc.
577 Chipeta Way
Salt Lake City, UT 84108

Adcock Ingram Healthcare
Attn: Andrew Van Der Merwe
Private Bag X69
Bryanston, 2021
South Africa

Advent Pharmaceutical
Attn: Bharat Patel, President
55 Lake Drive
Hightstown, NJ 08520

Aizant Drug Research Solutions PVT
Attn: Abhiram Koppineedi
Sy. No. 172 & 173
Apparel Export Park
A.P. INDIA

Algorithme Pharma
575, boul. Armand-Frappier
LAVAL (QUEBEC)
CANADA  H7V 4B3

Amedra Pharmaceuticals, LLC
2 Walnut Grove Drive
Suite 190
Horsham, PA 19044

Anapharm, Inc.
2500 rue Einstein
Montreal (QUEBEC)
CANADA G1P 0A2

ANI Pharmaceuticals, Inc.
210 Main Street West
Baudette, MN 56623

Applied Pharma Research USA, LLC
Attn: Aldo Donati
6129 Wakehurst Road
Charlotte, NC 28226


Arbor Pharmaceutical
Attn: Jarrett Disbrow
4505 Falls or Neuse Road, #420
Raleigh, NC 27609


Attorney General of Colorado
1300 Broadway, 10th Floor
Denver, CO 80203


Attorney General's Office of South Carol
 1000 Assembly St
Columbia, SC 29201


Azendt Hong Kong Ltd.
Attn: Stephen Wong
38 Russell Street
HONG KONG (C-)


Belcher Pharmaceuticals, LLC
6911 Dairy Road
Largo, FL 33777


Benev Company, Inc.
23263 Madero, Suite A
Mission Viejo, CA 92691


Bio-Nucleonics
Attn: Rosanne Satz
10425 N.W. 37th Terrace
Doral, FL 33178


BioRasi
Attn: Helen Picone
290 N.W. 165th Street
Miami, FL 33169


Biostudy Solutions, LLC-RRI
4008 Caesar Court
Wilmington, NC 28405

Blansett Pharmacal Co., Inc.
Attn: Eddy Bowman, VP
P.O. Box 638
North Little Rock, AR 72115


Blue Note Pharmaceuticals, Inc.
70 Coons Road
Troy, NY 12180


BMG Pharma SRL
Attn: Gabriella Bollea
Via Confalonieri, 29
MILANO
MI, ITALY


Bradley Pharmaceuticals, Inc.
Attn: Ralph Laudau
383 Route 46 West
Fairfield, NJ 07004


Breckenridge Pharmaceutical, Inc.
Attn: Robert A. Falconer Ph.D.
15 Massiro Drive
Berlin, CT 06037


Cebert Pharmaceutical
1200 Corporate Drive
Birmingham, AL 35242


Cellceutix Corp.
Attn: W. James Alexander MD, MPH, COO
100 Cummings Center, Suite 151-B
Beverly, MA 01915


Celmatrix Corporation
Attn: Shane Malek
544 Regents Gate Drive
Henderson, NV 89012


Centrix Pharmaceuticals, Ltd.
31 Inverness Center Parkway
Birmingham, AL 35242

Charleston Laboratories, Inc.
Attn: Ryan Baker
1001 North US Highway 1
Jupiter, FL 33477


CorePharma
215 Wood Avenue
Middlesex, NJ 08846


CRO Consulting Services, Inc.
5 Sunrise Pt. Court
Clover, SC 29710


CS&R Pharmaceutical
Attn: Greg Wujek
15 Chestnut Drive
Robbinsville, NJ 08691


Deltex Pharmaceuticals, Inc.
1700 Bamore Road
Rosenberg, TX 77471


Difass
Attn: Roberto Podest
Sede Operativa
Coriano di Rimini, fraz.
47853


Edwards Pharmaceutical
Attn: Linda Muir
111 Mulberry Street
Ripley, MS 38663


EFFCON
Attn: Ed Burklow
1165 Algood, Suite 24
Marietta, GA 30066


Ego Pharmaceuticals Pty, Ltd.
Attn: Dr. Jane Oppenheim
21-31 Malcolm Road
Braeside Vic 3195
AUSTRALIA

Epic Pharma, LLC
227-15 North Conduit Avenue
Laurelton, NY 11413


Everett Laboratories, Inc.
Attn: John A. Giordano
29 Spring Street
West Orange, NJ 07052


Federal Express
3875 Airways, Module H3 Department 4634
Memphis, TN 38116


Fleming Pharmaceuticals
Attn: Scott Sims
1733 Gilsin Lane
Fenton, MO 63026


Global Treat SRL
Str. Portului 157B
Galati
ROMANIA


GM Pharmaceuticals, Inc.
P.O. Box 150312
Arlington, TX 76015


Hi-Tech Pharmacal C., Inc.
369 Bayview Avenue
Amityville, NY 11697


Innovo
Attn: Patrick Patel
279 Princeton-Hightstown Road
Hightstown, NJ 08520


International Vitamin Corporation
Attn: Rich Connor
500 Halls Mill Road
Freehold, NJ 07728


JAYMAC Pharmaceuticals
Attn: Harold (Towny) Robinson
P.O. Box 510
Sunset, LA 70584

JSJ Pharmaceutical
3655 Route 202
Suite 116
Doylestown, PA 18901


Laboratorio Neo Quimica Co. e Ind
Attn: Roberta Costa e Sousa
Highway, KM. 15- Hangar 38
Pirituba-Aao Paulo-SP


Laser Pharmaceuticals
Attn: Roger Morris
6003 Ponders Court
Greenville, SC 29615


Lavipharm Laboratories, Inc.
Siege social: 9, place de Clairefontaine
R.C. Luxembourg: B. 131800


Makefield Therapeutcs, Inc.
Attn: Robert Towarnicki
7 Larkspur Lane
Newtown, PA 18940


Midlothian Laboratories
Attn: Byrce Harvey, President
5323 Perimeter Parkway Court
Montgomery, AL 36116


Mikart Inc.
Attn: Mitchell C. Tonik
1750 Chattahoochee Avenue
Atlanta, GA 30318


myfax
6922 Hollywood Blvd, Suite 500
Los Angeles, CA 90028


Natreon, Inc.
Attn: Lucien Hernandez
2D Janine Place
New Brunswick, NJ 08901

NivaGen Pharmaceuticals, Inc.
Attn: Jay Shukla
3100 Fite Circle, Suite #208
Sacramento, CA 95827


North Carolina Attorney General's Office
9001 Mail Service Center
Raleigh, NC 27699-9001


North Carolina Department of Revenue
Bankruptcy Section
501 North Wilmington Street
Raleigh, NC 27604


Novel Laboratories
Attn: Veerappan Subramanian
400 Campus Drive
Somerset, NJ 08873


Office of Attorney General of Utah
P.O. Box 142320
Salt Lake City, UT 84114-2320


Pernix Therapeutics
1000 Johnnie Dodds Blvd.
Suite 103-356
Mount Pleasant, SC 29464


Pharmics, Inc.
P.O. Box 27554
Salt Lake City, UT 84127


Phebra Pharmaceuticals
Attn: Andre Viok
332 Burns Bay Road
LANE COVE NSW
AUSTRALIA


Pisgah Labs
Attn: Bill Bristol
795 Old Hendersonville Highway
Pisgah Forest, NC 28768

Poly Pharmaceuticals
Attn: Zeb Braucum, Sales Manager
P.O. Box 4412
Laurel, MS 39441


Promed Research Centre
Attn: Deepak Bahri
261, Uoyog Vihar, Phase IV
GURGAON INDIA


Psychology Software Tools, Inc.
311 23rd St. Ext. Suite 200
Pittsburgh, PA 15215


Quartesian
Attn: Benjamin Jackson
3 Independence Way, Suite 106
Princeton, NJ 08540


Ranbaxy Laboratories
Attn: Sun Pharma
P.O. Box 2245
Princeton, NJ 08543


Raptim
Attn: Viraj Shah
301 N. Harrison Street, Suite 406
Princeton, NJ 08540


Respa Pharmaceuticals, Inc.
Attn: Ansar Ahmed, President
625 Factory Road
Addison, IL 60101


RMS Medical Products
Attn: Andy Sealfon
24 Carpenter Road
Chester, NY 10918


Salehani - SAL 900
Attn: Sam Azar
5716 Kelvin Street
Woodland Hills, CA 91367

Shanghai Fosun Omni Pharmaceutical
2F No. 308 Libing Road
Zhangliang Hi-Tech Park
291203 Shanghai, P.R.
CHINA


Sigmapharm Laboratories, LLC
3375 Progress Drive
Bensalem, PA 19020


SOV Therapeutics
101 Guymon Court
Morrisville, NC 27560


Sovereign Pharmaceuticals, LLC
7590 Sand Street
Fort Worth, TX 76118


State of Colorado
Colorado Department of Revenue
Denver, CO 80261-0006


State of South Carolina
Department of Treasury
P.O. Box 11778
Columbia, SC 29211


State of Texas Div. of Taxation
P.O. Box 13528, Capitol Station
Austin, TX 78711-3528


State of Utah, Div. of Taxation
210 North 1950 West
Salt Lake City, UT 84134


Stayma Consulting Services
Attn: Suzanne Miller
P.O. Box 5607
Alpharetta, GA 30023


Sun Pharma
P.O. Box 2245
Princeton, NJ 08453

Taro USA
3 Skyline Drive
Hawthorne, NY 10532


Tau Therapeutics, LLC
600 East Water Street
Charlottesville, VA 22902


Tedor Pharma Inc.
400 Highland Corporate Drive
Cumberland, RI 02864


Texas Attorney General
Office of the Attorney General
PO Box 12548
Austin, TX 78711-2548


Tiber
5400 Laurel Springs Parkway
Suwanee, GA 30024


Trident Life Science Ltd.
Sy No. 66 & 67, Miyapur
Serilingampally, Hyderabad
Andhra Pradesh 500050 INDIA


Trigen MSA
Attn: Dave Purdy
2400 Main Street Ext., Suite 6
Sayreville, NJ 08872


Tyra Tech
Attn: Dave Bolin
5151 McCrimmon Parkway, Suite 275
Morrisville, NC 27560


Vertical Pharmaceuticals
Attn: Dave Purdy
2400 Main Street Ext., Suite 6
Sayreville, NJ 08872


West-Ward Pharmaceutical
465 Industrial Way West
Eatontown, NJ 07724

Woodland Rose Health Consultants
Attn: Sam Azar
5716 Kelvin Avenue
Woodland Hills, CA 91367


Zyber Pharmaceutical
Attn: Cooper Collins
208 East Bank Drive
Gonzales, LA 70737


Zydus Pharmaceuticals (USA) Inc.
73 Route 31 N.
Pennington, NJ 08534