deliver the highest quality services to you and in a cost efficient manner. Please call us if you have and questions about how the Circular may affect our representation of you.

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

15 AUG -3 PM 3: 4

JAMES [illegible]
BY: [signature]
DEPUTY CLERK

<image001.png>

**Eric R. Perkins**
Partner
McElroy, Deutsch, Mulvaney & Carpenter, LLP

www.mdmc-law.com
40 West Ridgewood Avenue
Ridgewood, New Jersey 07450

eperkins@mdmc-law.com
<image007.jpg> Download vCard
201-493-3732
201-445-5376

**New Jersey | New York | Colorado | Pennsylvania | Connecticut | Massachusetts | Delaware**

THE INFORMATION CONTAINED IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. This message may be an attorney-client communication, and as such is privileged and confidential If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail message or by telephone and delete the original message from your e-mail system and/or computer database.

Please consider the environment before printing this e-mail.

---

**From:** USBankruptcyCourts@noticingcenter.com [mailto:USBankruptcyCourts@noticingcenter.com]
**Sent:** Wednesday, July 29, 2015 1:03 PM
**To:** Eric R. Perkins
**Subject:** U.S. Bankruptcy Court, District of New Jersey - Undeliverable Notice, In re: Akesis LLC, Case Number: 15-22985, JKS, Ref: [p-85013042]

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

July 30, 2015

From: United States Bankruptcy Court, District of New Jersey

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Akesis LLC, Case Number 15-22985, JKS

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule. THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.**

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**MLK Jr Federal Building**
**50 Walnut Street**
**Newark, NJ 07102**

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

15 AUG -3 PM 3: 4

JAMES J. WALDRON
BY: [signature]
DEPUTY CLERK

Undeliverable Address:
Acella Pharmaceuticals, LLC
9005 Westside Parkway
Alpharetta, GA 30009

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

Acella Pharmaceuticals, LLC
11675 Great Oaks Way, Suite 144
Alpharetta, GA 30022


Undeliverable Address:
Advent Pharmaceutical
Attn: Bharat Patel, President
55 Lake Drive
Hightstown, NJ 08520

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

55 Lake Drive. East Windsor, NJ. Mercer. 08520


Undeliverable Address:
Applied Pharma Research USA, LLC
Attn: Aldo Donati
6129 Wakehurst Road
Charlotte, NC 28226

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 2512 WEDDINGTON AVE APT 1509, CHARLOTTE NC 28204-2784 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

2512 WEDDINGTON AVE APT 1509, CHARLOTTE NC 28204-2784


Undeliverable Address:
Bio-Nucleonics
Attn: Rosanne Satz
10425 N.W. 37th Terrace
Doral, FL 33178

3

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

8880 NW 20th St Doral, FL 33178

U S. BANKRUPTCY COURT
FILED
NEWARK, NJ

15 AUG -3 PM 3: 4

JA[...]ERON
BY: [signature]
DEPUTY CLERK

Undeliverable Address:
CS&R Pharmaceutical
Attn: Greg Wujek
15 Chestnut Drive
Robbinsville, NJ 08691

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

991 U.S. Highway 22 West, Suite 200

Bridgewater, NJ 08807

Undeliverable Address:
Deltex Pharmaceuticals, Inc.
1700 Bamore Road
Rosenberg, TX 77471

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

6918 Chessley Chase Drive
Rosenberg, TX 77471

Undeliverable Address:
Everett Laboratories, Inc.
Attn: John A. Giordano
29 Spring Street
West Orange, NJ 07052

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

1 Main St Ste D
Chatham, NJ 07928

4

Undeliverable Address:
Fleming Pharmaceuticals
Attn: Scott Sims
1733 Gilsin Lane
Fenton, MO 63026

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

Unknown

U S BANKRUPTCY COURT
FILED
NEWARK, NJ

15 AUG -3 PM 3: 4

JA... ...RON
BY:
DEPUTY CLERK

Undeliverable Address:
Laboratorio Neo Quimica Co. e Ind
Attn: Roberta Costa e Sousa
Highway, KM. 15- Hangar 38
Pirituba-Aao Paulo-SP

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Vpr - 01, Quadra 2-A

Modulo 4, Daia

Anapolis, GO 75133-600

Brazil

Undeliverable Address:
Makefield Therapeutics, Inc.
Attn: Robert Towarnicki
7 Larkspur Lane
Newtown, PA 18940

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

unknown

Undeliverable Address:
Shanghai Fosun Omni Pharmaceutical
2F No. 308 Libing Road
Zhangliang Hi-Tech Park
291203

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Shaochuan Zeng 2F No. 306 Libing Road, 201203, Shanghai

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

15 AUG -3 PM 3: 4

JAMES J. WALDRON
BY: _____
DEPUTY CLERK

Undeliverable Address:
Vertical Pharmaceuticals
Attn: Dave Purdy
2400 Main Street Ext., Suite 6
Sayreville, NJ 08872

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

2500 Main Street, Suite 6
Sayreville, New Jersey 08872

7/29/15

*[signature]*
John Capicchioni, President
of Akesis LLC

**MDMC**

www.mdmc-law.com
40 West Ridgewood Avenue
Ridgewood, New Jersey 07450

**Eric R. Perkins**
Partner
**McElroy, Deutsch, Mulvaney & Carpenter, LLP**

eperkins@mdmc-law.com
Download vCard
201-493-3732
201-445-5376

**New Jersey | New York | Colorado | Pennsylvania | Connecticut | Massachusetts | Delaware**

THE INFORMATION CONTAINED IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail message or by telephone and delete the original message from your e-mail system and/or computer database.

Please consider the environment before printing this e-mail.

_____   _29 Jul 2015_____
Signature of Debtor or Debtor's Attorney           Date