Dear Mr Waldron,

Re Akesis Bankruptcy 15-22985-JKS

There are personal books of mine in the Akesis office. How can I get them?

I have a Akesis laptop computer. How can I return it?

Loren Gelber