NANCY ISAACSON (NI/1325)
**GREENBAUM, ROWE, SMITH & DAVIS LLP**
75 Livingston Avenue, Suite 301
Roseland, NJ  07068-3701
Tel. No. 973-535-1600
Attorneys for Chapter 7 Trustee, Nancy Isaacson

Order Filed on August 19, 2015
by Clerk U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>AKESIS LLC,<br><br>Debtor. | Chapter 7<br><br>Case No.  15-22985/JKS<br><br>Return Date:  August 18, 2015 |

### ORDER AUTHORIZING AND COMPELLING
### TURNOVER TO TRUSTEE THE FUNDS IN THE DEBTOR'S
### BANK ACCOUNTS HELD BY TD BANK

The relief set forth on the following pages, number two (2) through (2) is hereby ORDERED:

**DATED: August 19, 2015**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

3717247.1

Page 2
Debtor:     Akesis, LLC
Case No.    15-22985JKS
Caption:    Order Authorizing and Compelling Turnover to Trustee
            The Funds in the Debtor's Bank Accounts Held by TD Bank

THIS MATTER having been opened to the Court by the motion filed on behalf of Nancy Isaacson, Chapter 7 Trustee for the entry of an order authorizing and compelling turnover to Trustee all funds in the bank accounts maintained by Akesis, LLC held by TD Bank, in particular, TD Bank Small Business Money Market Plus, account no. ending 0740 and TD Bank Commercial Convenience Checking, account no. ending 0667 (collectively "Accounts"); and the Court having considered all of the papers submitted in connection therewith, and oral argument, if any, and good cause appearing, it is hereby,

**ORDERED** as follows:

TD Bank is hereby authorized and compelled to turn over to Nancy Isaacson, Chapter 7 Trustee, the funds maintained in the Accounts within ten business days of receipt of a copy of this Order

3717247.1