UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Eric R. Perkins, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
40 W. Ridgewood Avenue
Ridgewood, NJ 07450
Attorneys for Akesis LLC

In Re:

Akesis LLC,
             Debtor.

Case No.:     15-22985 (JKS)

Chapter:      7/22/2015

Judge:        John K. Sherwood

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a previously listed creditor must use the court's local form, *Amendment to Schedule D, E, F, G, H or List of Creditors*.

Party's name/type:    3D CRO LLC
(Example: John Smith, creditor)

Old address:    Attn: Paul Pellegrino
                50 Place, Suite 5
                Hackensack, NJ 07601

New address:    Attn: Paul Pellegrino
                50 Clinton Place, Suite 5
                Hackensack, NJ 07601

New phone no.:_____ (if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:    8/19/2015                    /s/Eric R. Perkins, Esq., Attorney for Debtor
                                      Signature

rev.8/1/15