UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
A.J. Willner Auctions, LLC
PO Box 1012
Springfield, N.J. 07081
(908) 789-9999
Fax: (908) 928-9788
Auctioneers for Nancy Isaacson,
  Chapter 7 Trustee

In Re: Akesis, LLC

Debtor(s)

Case No.: 15-22985 (JKS)

Judge: John K. Sherwood

Chapter 7

## AUCTIONEER'S REPORT OF SALE

**Auction Date:**   August 20, 2015
**Location:**       410 North Avenue (East), Cranford New Jersey

**Assets Sold:**    2008 Toyota Avalon

**Total Sale:**     $8500.00

The Auction was advertised in AuctionZip.com, New York Times & Newark Star Ledger. 2050 Direct Mailers (Color Postcards) were sent to potential bidders. In addition, over 10,000 email blasts were sent and the listing was on our website for over a one-month period. The auction was held jointly was 3 other estates to insure maximum attendance. There was a 7 hour inspection period the day before the auction in addition to a 3 hour inspection the morning of the auction. 21 registered bidders came to the auction site. Bidding was very spirited and competitive. The highest bid for the Vehicle was $8500.00. It was purchased by Omni Elsalihee of East Orange, NJ. The vehicle was offsite and needed to be towed to the auction location was off-site and needed to be towed to the auction site. The vehicle has been paid for in full.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Michael Sklar, A.J. Willner Auctions
(908) 789-9999

8/20/2015 12:46:54  Case 15-22985-JKS    Doc 37    Filed 08/25/15    Entered 08/25/15 10:01:26    Desc Main
Page: 2
v9.00-Checkout-11
Add Willner Auctions
Document Page 2 of 4
Auction Invoice Results by Consignor

**Auction: 8/20/2015-8/20/2015 - Nationwide Ambulance**

**Consignor: AKESIS - Akesis**

| CONUM | LOTNUM | LEAD | QUANTITY | EXT. BID PRICE |
|---|---|---|---|---|
| 166 | 24 | 2008 Toyota Avalon<br>VIN 4T1BK36B48U280650<br>85,597 | 1.00 | 8,500.00 |
| | | Subtotal: | 1.00 | 8,500.00 |

Case 15-22985-JKS    Doc 37    Filed 08/25/15    Entered 08/25/15 10:01:26    Desc Main
Document    Page 3 of 4

8/20/2015
12:54:08

A J Willner Auctions
All Bidders

Page: 1
v9.00-Checkin-2

| Auction ID | Auction Dates |
|---|---|
| 44 | 8/20/2015 - 8/20/2015 |

| Bid Card # | Name/Address |
|---|---|
| 101 | Evan Ho<br>10 Twelve<br>1012 Columbus Ave<br>Westfield, NJ 07905 |
| 102 | Joseph F Sargo<br>Movie Time Cars<br>91 HOLLYWOOD AVENUE<br>Clifton, NJ 07014-1828 |
| 103 | John K Jelcic<br>Primary Care<br>52 MARKHAM PL<br>Staten Island, NY 10314 |
| 104 | Henry J Fackovec<br>Eastern Ambulance LLC<br>23 BEACON ST<br>Londonderry, NH 03053 |
| 105 | Nedzmi Ibraimi<br>Safeway Medical Transport<br>4 WATERWAY RD<br>Wayne, NJ 07470-6325 |
| 106 | Andrew Forgacs<br>Cassovia Ambulances<br>17 LOTZ HILL RD<br>Clifton, NJ 07013-2312 |
| 107 | John Jeffrey Farris<br>Ems Holding<br>339 TYLER DRIVE<br>Lumberton, TX 77657 |
| 108 | Daniel E Vaupel<br>Po Box 1564<br>Cranford, NJ 07016-5564 |
| 109 | Frederic H Densing<br>Emergency Ambulance Services<br>25 PITTS ST<br>Patchogue, NY 11772 |
| 110 | Joseph Levy<br>Ambulance Network<br>8 COTTAGE AVE<br>Longbranch, NJ 07740-5067 |
| 111 | Francis R Lepore<br>P. Lepore & Sons, INC.<br>1 JAMES RD.<br>Booton Twsp., NJ 07005-8706 |

8/20/2015 12:54:08 Case 15-22985-JKS    Doc 37    Filed 08/25/15    Entered 08/25/15 10:01:26    Desc Main
Document    Page 4 of 4
A J Winner Auctions
All Bidders
Page: 2
v9.00-CheckIn-2

| Auction ID | Auction Dates | Auct |
|---|---|---|
| 112 | Kimberly A Skarzenski<br>Stress Free Medical Transportation<br>33 BENNINGTON DRIVE<br>Edison, NJ 08820-1639 | |
| 113 | Bassam Faraj<br>Faraj Auto Traders<br>80 CAROL PLACE<br>Wayne, NJ 07470-2926 | |
| 114 | Claudio N Jurkivo<br>Claudios Auto Repair<br>5 Country Squire Way<br>Branchburg, NJ 08876 | |
| 115 | Ardian Asani<br>149 CLINTON ROAD<br>Newfoundland, NJ 07435-0001 | |
| 116 | Michael A Devino<br>Devino<br>11 NEWARK AVE<br>Warren, NJ 07059-5214 | |
| 117 | Omni Elsalihee<br>Hudson Invalid Coach<br>17-39 LINCOLN ST<br>East Orange, NJ 07017-2226 | |
| 118 | Juan L Mercedes<br>1271 NOBLE AVE 1F<br>Bronx, NY 10472 | |
| 119 | Eliezer Y Blech<br>45 FOREST DRIVE<br>Lakewood, NJ 08701 | |
| 120 | Adrian C Evans 3rd<br>Ngozi Medical Trans<br>320 S HARRISON STREET<br>East Orange, NJ 07018 | |
| 121 | Lou Spiro<br>Automotive Fleet Enterprises<br>7725 78th Street North<br>Pinellas Park, FL 33781 | |

REPORT TOTALS

0 bidders with reserved bid card #

21 bidders