NANCY ISAACSON, ESQ. (NI/1325)
GREENBAUM ROWE SMITH & DAVIS
75 Livingston Avenue
Roseland, NJ 07068-3701
(973) 535-1600
Attorneys for Nancy Isaacson, Chapter 7 Trustee

---------------------------------------------------------X
:
In re:                              : UNITED STATES BANKRUPTCY COURT
                                    : DISTRICT OF NEW JERSEY
AKESIS, LLC                         :
                                    : Case No. 15-22985-JKS
                                    :
                   Debtor.          :
                                    :
---------------------------------------------------------X

## AUCTIONEER'S REPORT OF SALE

**Auction Date:** February 16, 2016

**Location:** 248 Latitude Lane, Suite 103, Lake Wylie, SC 29710

**Assets sold:** Dell Notebook Computers, Monitors, Printers, Desk and Cell Phones, 2 Large Fireproof Safes, Shelving, Desks, Tables, Chairs, File Cabinets, Kitchen Table Set, Appliances, Tools, Art, Décor.

**Total Sale:** $17,001.05

The auction was advertised on multiple websites including several social media outlets including Facebook, Craigslist, and Twitter. 8,500 color brochures were mailed to potential bidders plus 350 targeted mailers. In addition, email blasts were sent to more than 10,000 prospects. Signs were also placed around the location. There was a two hour inspection the day before the bidding ended. In total, 90 bidders placed bids on 210 lots.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 2/19/16

Terry Howe, Terry Howe & Associates, Inc.
(864) 268-4399

3631681.1

# Auction Sales Summary

Bankruptcy Case No 15-22985-JKS
Debtor: Akesis, LLC

**Date of Sale**
2/16/16

| Lot | Property Sold | Bid Price | Buyers Premium |
|---|---|---|---|
| 901 | Ryobi 1/2 in. 2-Speed Driver-Drill w/ Accessories, Husky 18 Piece Wrench Set, Standard and Metric | $60.00 | $6.00 |
| 902 | Hon 4 Drawer Lateral Filing Cabinet | $70.00 | $7.00 |
| 903 | Acer 23" HD Monitor, Logitech Wireless Keyboard and Mouse | $30.00 | $3.00 |
| 904 | 2 Matching Metal Lamps, 30"H | $37.50 | $3.75 |
| 905 | Brother HL-5250DN Printer, 2 Drawer Filing Cabinet on Castors | $37.50 | $3.75 |
| 906 | Office Chair and Floor Mat | $71.00 | $7.10 |
| 907 | Office Desk, 65" x 30", (desk only, items on top not included, sold separately) | $120.00 | $12.00 |
| 908 | 2 Dell Wireless Keyboards w/Mouse | $50.00 | $5.00 |
| 909 | Computer Cabinet w/Shelves and Keyboard Slide | $7.00 | $0.70 |
| 910 | 6' Folding Table and Hole Punches, Calculator, Staplers, Paper Cutter, Trays, Racks, Etc. | $50.00 | $5.00 |
| 911 | Acer 23" HD Monitor, Acer 21.5 HD Monitor, Keyboard, Mouse | $32.00 | $3.20 |
| 912 | Office Desk, 65" x 30", (desk only, items on top not included, sold separately) | $111.00 | $11.10 |
| 913 | Office Chair and Floor Mat (chair is scuffed) | $5.00 | $0.50 |
| 914 | Book Shelf and Books, 70"H x 28"W | $9.00 | $0.90 |
| 915 | 3 Wireless Keyboards, (Logitech, Dell, Microsoft) | $50.00 | $5.00 |
| 916 | 2 Dell Wireless Keyboards w/Mouse | $50.00 | $5.00 |
| 917 | Assortment of Cables and Power Cords | $50.00 | $5.00 |
| 918 | Office Desk, 65" x 30", (desk only, items on top not included, sold separately) | $111.00 | $11.10 |
| 919 | Office Chair and Floor Mat | $37.50 | $3.75 |
| 920 | Pair of Matching Stacking Chairs | $21.00 | $2.10 |
| 921 | White Board, Cork Board Combination, 48'W, 34'H | $28.00 | $2.80 |
| 922 | Portable Trade Show Booth w/ Hard Case Shipping Container (plan on a new banner) | $35.00 | $3.50 |
| 923 | 5 Framed Pieces of Decorative Art | $16.00 | $1.60 |
| 924 | Hollon Fireproof Safe, Model HS-1750E, Electronic Lock, Weighs 1650 lbs. (safe mover is Fred Crain - 704.674.6676, must be removed from the premises as scheduled) | $1,350.00 | $135.00 |
| 926 | 2 Drawer Pendaflexer on Castors, Top Opens w/Additional Lower File Drawer | $8.00 | $0.80 |
| 927 | Hollon Fireproof Safe, Model HS-1750E, Electronic Lock, Weighs 1650 lbs. (safe mover is Fred Crain - 704.674.6676, must be removed from the premises as scheduled) | $1,300.00 | $130.00 |
| 928 | Cabinet and Book Shelves, 72'H x 28"W | $9.00 | $0.90 |
| 929 | Shoulder Bags, Approx. 60 | $16.00 | $1.60 |
| 930 | Folding Easel w/Extendable Legs, Projector Screen | $20.00 | $2.00 |
| 932 | 3 Ring Binders, Various Sizes, Approx. 63 | $21.00 | $2.10 |
| 933 | Metal Shelving, 72'H, 48"W, 24'D, 5 Shelves | $50.00 | $5.00 |
| 934 | Acer 23" HD Monitor, Dell Wireless Keyboard and Mouse | $47.50 | $4.75 |
| 935 | Acer 21.5 HD Monitor, Microsoft Wireless Keyboard and Mouse | $42.50 | $4.25 |
| 936 | Acer 23" HD Monitor, Microsoft Wireless Keyboard and Mouse | $42.50 | $4.25 |
| 938 | Shelf Lot, All Shelves in Photos, Computer Tower, Docking Station, Power Surge Protectors, Box of Misc. Software, Mouse, 3 - iPhone 4s | $131.00 | $13.10 |
| 939 | Rolling File Cart | $10.00 | $1.00 |
| 940 | Brother MFC-7360N Multi Function Center, Copier, Fax, Scan | $42.50 | $4.25 |

| # | Item | Price | Fee |
|---|---|---|---|
| 941 | Brother MFC-7360N Multi Function Center, Copier, Fax, Scan | $43.50 | $4.35 |
| 942 | 4 Drawer Lateral File | $80.00 | $8.00 |
| 943 | 4 Drawer Lateral File | $27.50 | $2.75 |
| 944 | Netgear ProSafe 24 Port Gigabit Switch, Model JGS524 | $44.50 | $4.45 |
| 945 | Folding Table, 4' | $17.00 | $1.70 |
| 946 | Glow in the Dark Fish Stick by Southwire, 8' | $16.00 | $1.60 |
| 947 | Acer 23" HD Monitor, Microsoft Keyboard, HP Keyboard | $25.00 | $2.50 |
| 948 | Box of Wire and Cables | $5.00 | $0.50 |
| 949 | Acer 23" HD Monitor w/Wireless Keyboard and Mouse | $21.00 | $2.10 |
| 950 | Dell Latitude 3540, 15.4", Core i3, 1.7 GHZ, 4GB Ram, 500 GB HDD - Hard Drive wiped. No OS. | $140.00 | $14.00 |
| 951 | Dell Latitude 3540, 15.4", Core i3, 1.7 GHZ, 4GB Ram, 500 GB HDD - Hard Drive wiped. No OS. | $135.00 | $13.50 |
| 952 | Brother MFC-7360N Multi Function Center, Copier, Fax, Scan, w/ 2 Drawer Filing Cabinet on Castors | $42.50 | $4.25 |
| 953 | Office Desk, 65" x 30", (desk only, items on top not included, sold separately) | $130.00 | $13.00 |
| 954 | Office Chair and Mat | $75.00 | $7.50 |
| 955 | Lenovo G500, 15.4", Core i3, 2.5GHZ, 4GB Ram, 750GB HDD - Hard Drive wiped. No OS. | $100.00 | $10.00 |
| 956 | Panini Check Scanner | $21.00 | $2.10 |
| 957 | Neat Desk Desk Top Scanner | $122.00 | $12.20 |
| 958 | Dell Inspiron 5521, 15.4, Core i3, 1.0GHZ, 4GB Ram, 500 GB HDD - Hard Drive wiped. No OS. | $125.00 | $12.50 |
| 959 | 4' Folding Table, (table only, items on top not included) | $27.50 | $2.75 |
| 960 | Fellowes Shredder | $41.00 | $4.10 |
| 961 | Marble Top Fern Stand, 27"H | $16.00 | $1.60 |
| 962 | Dell Latitude 3540, 15.4", Core i3,1.7 GHZ, 4GB Ram, 500 GB HDD - Hard Drive wiped. No OS. | $125.00 | $12.50 |
| 963 | Dell Inspiron 3537, 15.4, Core i3, 1.7 GHZ, 6GB Ram, 750GB HDD - Hard Drive wiped. No OS. and Dell Monitor w/Wireless Keyboard and Mouse | $125.00 | $12.50 |
| 964 | Dell Inspiron 5721, 17", Core i5, 1.7 GHZ, 6 GB Ram, 500 GB HDD - Hard Drive wiped. No OS. | $125.00 | $12.50 |
| 965 | Office Desk, 65" x 30", (desk only, items on top not included, sold separately) | $125.00 | $12.50 |
| 966 | Office Chair and Mat | $110.00 | $11.00 |
| 967 | B & D Dorm Refrigerator | $32.50 | $3.25 |
| 968 | 2 Drawer Lateral Filing Cabinet, (missing one drawer pull) | $16.00 | $1.60 |
| 969 | 6 Stacking Chairs | $101.00 | $10.10 |
| 970 | Hon 4 Drawer Lateral Filing Cabinet | $50.00 | $5.00 |
| 971 | 4 Drawer Lateral File | $95.00 | $9.50 |
| 972 | 8 Cisco Phone Sets | $100.00 | $10.00 |
| 973 | One Lateral File Cabinet & One Storage Cabinet & Contents | $40.00 | $4.00 |
| 974 | Keurig Coffee Maker & Nespresso Maker w/Wooden Tray | $45.00 | $4.50 |
| 975 | Lot of 6 Trash Cans | $24.00 | $2.40 |
| 976 | Brother MFC-7360N Multi-Function Center (Fax/Scan/Copy) | $42.50 | $4.25 |
| 977 | Computer Desk w/Slide and Supplies | $21.00 | $2.10 |
| 978 | Artificial Plant | $10.00 | $1.00 |
| 979 | Floor Mat | $22.00 | $2.20 |
| 980 | Dell Inspiron 5521, 15.4", Core i3, 1.9GHZ, 4GB Ram, 320 GB HDD, - Hard Drive wiped. No OS.Plus Acer 21.5" HD Monitor w/ Microsoft Wireless Keyboard and Mouse | $125.00 | $12.50 |
| 981 | Dell Latitude 3540, 15.4", Core i3, 1.7 GHZ, 4 GB Ram, 500 GB HDD - Hard Drive wiped. No OS. Does not have a cord | $125.00 | $12.50 |
| 982 | TP-Link Powerline Adapter | $15.00 | $1.50 |
| 983 | Brother MFC-7360N Multi-Function Center (Fax/Scan/Copy) | $42.00 | $4.20 |

| # | Description | Price | Tax |
|---|---|---|---|
| 984 | Dell Latitude 3540, 15.4", Core i3, 1.7 GHZ, 4 GB Ram, 500 GB HDD - Hard Drive wiped. No OS. | $125.00 | $12.50 |
| 985 | Apple IPhone 5C, 16 GB, (wiped), No charger cable | $105.00 | $10.50 |
| 986 | Dell Latitude 3540, 15.4", Core i3, 1.9 GHZ, 4 GB Ram, 500 GB HDD - Hard Drive wiped. No OS. May need BIOS reset. | $55.00 | $5.50 |
| 987 | Brother MFC-7360N Multi-Function Center (Fax/Scan/Copy). Comes with 2 Toner Cartridges. | $110.00 | $11.00 |
| 988 | Brother MFC-7360N Multi-Function Center (Fax/Scan/Copy). | $70.00 | $7.00 |
| 989 | Acer 23" HD Monitor and Microsoft Wireless Keyboard | $50.00 | $5.00 |
| 990 | Acer 21.5" HD Monitor | $19.00 | $1.90 |
| 991 | Dell Latitude 3540, 15.4", Core i3, 1.7 GHZ, 4 GB Ram, 500 GB HDD - Hard Drive wiped. No OS, Acer 23" HD Monitor and Brother MFC-7360N Multi-Function Center (Fax/Scan/Copy) | $160.00 | $16.00 |
| 1 | Table, Lamp, Bowl, Mirror | $37.50 | $3.75 |
| 2 | 3 Matching Rugs, 97" x 60", 75" x 24", 47" x 30" | $75.00 | $7.50 |
| 3 | Console Table w/ Drawer, 30"H, 47"W, 22"D | $35.00 | $3.50 |
| 4 | Acer 21.5" HD Monitor | $10.00 | $1.00 |
| 5 | Dell Latitude, E5430, Core i3, 2.4 GHZ, 4 GB Ram, 320GB HDD - Hard Drive wiped. No OS. | $125.00 | $12.50 |
| 6 | 5 Pictures, Most Signed | $23.00 | $2.30 |
| 7 | 11 Golf Shirts, Various Sizes | $25.00 | $2.50 |
| 8 | 2 Drawer Lateral File, (bottom drawer needs attention) | $5.00 | $0.50 |
| 9 | Dell Monitor, 17" | $25.00 | $2.50 |
| 10 | Dell Latitude 3540, 15.4", Core i3, 1.7 GHZ, 4 GB Ram, 500 GB HDD - Hard Drive wiped. No OS. | $125.00 | $12.50 |
| 11 | Dell Latitude 3540, 15.4", Core i3, 1.9 GHZ, 4 GB Ram, 500 GB HDD, (dvd drive damaged) - Hard Drive wiped. No OS. | $125.00 | $12.50 |
| 12 | Dell Inspiron 5521, 15.4", Core i3, 1.9GHZ, 4 GB Ram, 500 GB HDD - Hard Drive wiped. No OS. | $135.00 | $13.50 |
| 13 | Dell Inspiron 5521, 15.4", Core i3, 1.9GHZ, 4 GB Ram, 500 GB HDD - Hard Drive wiped. No OS. | $135.00 | $13.50 |
| 14 | Brother MFC-7360N, Multi-Function Center, Copier, Fax, Scanner | $81.00 | $8.10 |
| 15 | Brother MFC-7360N, Multi-Function Center, Copier, Fax, Scanner | $65.00 | $6.50 |
| 16 | Apple iPhone 5S, 16 GB, (wiped) | $131.00 | $13.10 |
| 17 | Asus 24" HD Monitor, (lower left corner damaged during shipping, appears to work properly) | $8.00 | $0.80 |
| 18 | Numerous Doors and Drawers of Office Supplies (see photos) | $75.00 | $7.50 |
| 19 | Dell Inspiron 5521, 15.4", Core i3, 1.9GHZ, 4 GB Ram, 500 GB HDD - Hard Drive wiped. No OS. | $125.00 | $12.50 |
| 20 | Dell Latitude 3540, 15.4", Core i3, 1.9 GHZ, 4 GB Ram, 500 GB HDD, Hard Drive wiped. No OS. with Dell 19.5 in. Monitor w/ Wireless Keyboard & | $125.00 | $12.50 |
| 21 | Office Chair and Floor Mat | $11.00 | $1.10 |
| 22 | Office Desk, 60" x 30" (desk only, contents on top not included and will be sold separately) | $80.00 | $8.00 |
| 23 | Decorative Clock, 15" | $22.00 | $2.20 |
| 24 | 24 Tally Counters (new in package) | $7.00 | $0.70 |
| 25 | Round Table, Lamp, Small Rug, Framed Print | $50.00 | $5.00 |
| 26 | Pair of Side Chairs | $25.00 | $2.50 |
| 27 | 24 Tally Counters (new in package) | $25.00 | $2.50 |
| 28 | Acer 23" HD Monitor, w/Microsoft Wireless Keyboard and Mouse | $27.50 | $2.75 |
| 29 | CardScan 800C | $40.00 | $4.00 |
| 30 | Samsung SP-U300 Projector | $125.00 | $12.50 |
| 31 | Mouse Pads (a bunch) | $5.00 | $0.50 |
| 32 | 8 - Flash Drives | $21.00 | $2.10 |

| # | Item | Price | Fee |
|---|------|------:|----:|
| 33 | Pair of Clamp On Lights | $6.00 | $0.60 |
| 34 | Office Desk, 65" x 30" (desk only, contents on top not included and will be sold separately) | $155.00 | $15.50 |
| 35 | Chair and Floor Mat | $27.50 | $2.75 |
| 36 | 22 Tally Counters | $6.00 | $0.60 |
| 37 | 19 Shoulder Bags | $7.00 | $0.70 |
| 38 | Haler Dorm Refrigerator | $30.00 | $3.00 |
| 39 | Cabinets w/Bookcases, 92"H, 72"W, 12"D (bring tools to detach from wall, maybe a square driver or other) | $82.50 | $8.25 |
| 40 | Air Innovations Floor Fan | $25.00 | $2.50 |
| 41 | Acer 23" HD Monitor | $22.00 | $2.20 |
| 42 | Panasonic 50" Flat Screen Television w/Wall Mount, (may be missing power | $250.00 | $25.00 |
| 43 | Cabinet/Bar/Sideboard | $80.00 | $8.00 |
| 44 | Erasable White Board, 4' x 6" | $39.50 | $3.95 |
| 45 | Shelving w/Books, 73"H, 35"W, 16"D | $27.50 | $2.75 |
| 46 | 2 Polycom Conference Phone Systems | $47.50 | $4.75 |
| 47 | 2 Microsoft Keyboards | $25.00 | $2.50 |
| 48 | Dell Inspiron 5521, 15.4", Core i3, 1.9GHZ, 4 GB Ram, 500 GB HDD - Hard Drive wiped. No OS. | $135.00 | $13.50 |
| 49 | Dell Latitude 3540, 15.4", Core i3, 1.7GHZ, 4GB Ram, 500 GB HDD - Hard Drive wiped. No OS. | $135.00 | $13.50 |
| 50 | Dell Latitude 3540, 15.4", Core i3, 1.7GHZ, 4GB Ram, 500 GB HDD - Hard Drive wiped. No OS. | $135.00 | $13.50 |
| 51 | Dell Latitude 3540, 15.4", Core i3, 1.9GHZ, 4GB Ram, 500 GB HDD - Hard Drive wiped. No OS. | $135.00 | $13.50 |
| 52 | Dell Latitude 3540, 15.4", Core i3, 1.9GHZ, 4GB Ram, 500 GB HDD - Hard Drive wiped. No OS. | $135.00 | $13.50 |
| 53 | 14 Cisco Phone Sets | $60.00 | $6.00 |
| 54 | Conference Table w/Glass Top w/6 Chairs, 100"L w/20" Leaf, 44"W (Contents on Table Not Included - Table & Chairs Only) | $302.50 | $30.25 |
| 55 | Brother DCP-70600 Printer | $47.00 | $4.70 |
| 56 | 2 Framed Prints, signed Griff, 168/1500 | $11.50 | $1.15 |
| 57 | Dell Monitor on Stand, Microban Keyboard | $25.00 | $2.50 |
| 58 | Office Desk, 64" x 30" (missing middle slide out tray or drawer) | $101.00 | $10.10 |
| 59 | Office Chair and Floor Mat | $51.00 | $5.10 |
| 60 | Side Desk w/Shelves, 71"H, 59"W, 21"D | $111.00 | $11.10 |
| 61 | Pair of Matching Lamps, Fan, Electric Heater | $11.50 | $1.15 |
| 62 | Cabinets w/Bookcases, 92"H, 72"W, 12"D (bring tools to detach from wall, maybe a square driver or other) | $76.00 | $7.60 |
| 63 | Pair of Pre-lit Christmas Trees, approx. 4'T | $30.00 | $3.00 |
| 64 | Dell Latitude 3540, 15.4", Core i3, 1.9GHZ, 4GB Ram, 500 GB HDD - Hard Drive wiped. No OS. | $125.00 | $12.50 |
| 65 | 2 Drawer Metal File Cabinet, Legal Size | $7.00 | $0.70 |
| 66 | Glass Top Table, 4 Chairs, Metal Frame, 41" (Some stains on seat cushions) | $135.00 | $13.50 |
| 67 | Furniture Dolly | $25.00 | $2.50 |
| 68 | B & D Toaster Oven, Convection Bake on Cart | $42.50 | $4.25 |
| 69 | Console Cabinet, 34"H, 35"W, 12"D | $95.00 | $9.50 |
| 70 | Step Ladder | $19.00 | $1.90 |
| 71 | Bissell Vacuum Cleaner | $37.50 | $3.75 |
| 72 | Ricoh Aficio MP C2051 Copier, 4 Paper Drawers | $750.00 | $75.00 |
| 73 | Fellowes 125CI Paper Shredder | $130.00 | $13.00 |
| 74 | Primo Water Cooler | $40.00 | $4.00 |
| 75 | Keurig Coffee Maker and Emerson Microwave | $37.50 | $3.75 |
| 76 | Contents of Kitchen Cabinets (see photos) | $27.50 | $2.75 |

| # | Description | Bid | Premium |
|---|---|---|---|
| 77 | Claytek Server Rack 36U, Cisco Catalyst 2950 Series S1PoE-24 Switch, Dell Power Connect 2848 Switch, Vertical Cable Cat 6 Connectors, 2 APC Pro 1500 Backup UPS, Cisco 800 Series Router, Arris Cable Modem, Dell Monitor | $173.00 | $17.30 |
| 78 | Metal Storage Cabinet w/Contents, 72"H, 36"W, 18"D | $131.00 | $13.10 |
| 79 | Metal Storage Cabinet w/Contents, 66"H, 30"W, 15"D | $141.00 | $14.10 |
| 80 | Boxes and Loose Wire - CAT 6 cable (see photos) | $16.00 | $1.60 |
| 81 | Magic Chef Dorm Refrigerator | $75.00 | $7.50 |
| 82 | Igloo Cooler, 2 Floor Mats | $18.50 | $1.85 |
| 83 | Shelf and Contents, 71"H, 29"W,, 12"D | $7.00 | $0.70 |
| 84 | Acer 23" HD Monitor | $31.00 | $3.10 |
| 85 | L-Shaped Desk, 60" x 30", 42" x 20" | $41.00 | $4.10 |
| 86 | Office Chair and Floor Mat | $43.50 | $4.35 |
| 87 | Hon 4 Drawer Lateral File | $130.00 | $13.00 |
| 88 | Computer Desk, 30"H, 35"W, 20"D | $21.00 | $2.10 |
| 89 | Office Chair and Floor Mat (upholstery in need of repair) | $6.00 | $0.60 |
| 90 | Acer 18" Monitor w/Microsoft Wireless Keyboard and Mouse | $20.00 | $2.00 |
| 91 | Office Desk, 64" x 30" (contents not included, desk only) | $101.00 | $10.10 |
| 92 | Fern Stand and 2 Framed Prints | $11.00 | $1.10 |
| 93 | Trash Cans, approx. 11 | $21.00 | $2.10 |
| 94 | Office Desk, 59" x 30" | $61.00 | $6.10 |
| 95 | Dell 19" Monitor, Logitech Keyboard w/ Mouse, Monitor Stand | $21.00 | $2.10 |
| 96 | Shelf and Contents, 73"H, 35"W,, 16"D | $42.50 | $4.25 |
| 97 | Office Chair (scuffed arms) and Floor Mat | $12.00 | $1.20 |
| 98 | Dell Inspiron 5521, 15.4", Core i3, 1.9GHZ, 4 GB Ram, 500 GB HDD - Hard Drive wiped. No OS. Plus, ViewSonic 18" Monitor, DVD Writer, Logitech Wireless Keyboard and Mouse | $130.00 | $13.00 |
| 99 | Office Desk, 59" x 30" | $43.50 | $4.35 |
| 100 | Office Chair and Floor Mat | $36.00 | $3.60 |
| 101 | Acer 21.5 HD Monitor, Keyboard, Dell Mouse | $15.00 | $1.50 |
| 102 | Office Desk, 65" x 30", (front of drawer is beside desk) | $101.00 | $10.10 |
| 103 | Office Chair and Floor Mat, Cork Board, White Board | $25.00 | $2.50 |
| 104 | Shelf 70"H, 29"W, 12"D, Cart, Magazine Rack | $16.00 | $1.60 |
| 105 | Brother MFC-7360N, Multi-Function Center, Copier, Fax, Scanner (Power Cord Missing) | $75.00 | $7.50 |
| 106 | Electric 3 Hole Punch | $32.50 | $3.25 |
| 107 | Console Table w/ Drawer, 30"H, 47"W, 22"D | $27.50 | $2.75 |
| 108 | Shelf and Contents, 73"H, 35"W,, 16"D | $25.00 | $2.50 |
| 109 | Office Chair and Floor Mat | $36.00 | $3.60 |
| 110 | Pair of Metal Lamps | $37.00 | $3.70 |
| 111 | Dell 18.5" Monitor | $20.00 | $2.00 |
| 112 | Office Desk, 64" x 30" | $112.00 | $11.20 |
| 113 | Shelf, 73"H, 35"W, 16"D | $22.00 | $2.20 |
| 114 | Acer 23" Monitor, Microsoft Wireless Mouse | $32.50 | $3.25 |
| 115 | Office Desk, 64" x 30" | $101.00 | $10.10 |
| 116 | Office Chair and Mat | $70.00 | $7.00 |
| | **Totals** | **$15,455.50** | **$1,545.55** |

**Total Auction Proceeds (Bid Price Plus Buyers Premium)**     $17,001.05
**Less Expenses to Terry Howe & Associates (see attached invoice)**     -$4,291.10
**Net to Estate**     $12,709.95

# Auction Bidders
**Case 15-22985-JKS**
**Akesis, LLC**

| ID | First | Last |
|---|---|---|
| 1089 | Alberto | Del Valle |
| 1417 | Robert | Turrill |
| 1748 | Leonard | Newman |
| 2522 | Timothy | Bodiford |
| 2570 | Cheryl | Qualls |
| 2814 | Carlos | Medina |
| 2873 | George | Manolakis |
| 5077 | John | Daoust |
| 5168 | Daniel | Jordan |
| 5244 | William | Baddorf |
| 5934 | Ricky | Shafer |
| 6313 | Irvine | Leslie |
| 6416 | Edward | Browder |
| 6869 | Wade | Rhoney |
| 8297 | Steven | Otey |
| 8353 | Whitney | Delbridge |
| 8509 | Sewell | Gelberd |
| 8770 | Sherry | Rickard |
| 8776 | Wilbur | Mclamb |
| 9184 | Evan | Mayo |
| 9915 | Tim | Crumley |
| 9939 | Garrett | Bailey |
| 9948 | Robert | Pohl |
| 10034 | Michael | Pierzchala |
| 10047 | Robin | O'Sheal |
| 10140 | Aaron | Benjamin |
| 10142 | Ben | Downard |
| 10177 | Mike | Efird |
| 10372 | Frank | Williams |
| 10397 | Eric | Brown |
| 10417 | EdiVania | Arena |
| 10466 | Deidre | McBride |
| 10477 | Angela | Wilson |
| 10729 | Andreah | Buckman |
| 10746 | Bradley | Flowers |
| 10942 | Loren | Gelber |
| 10944 | Andy | Nadarewistsch |
| 10948 | Freddie | Sanchez |
| 10950 | Donald | Sawyer |
| 10952 | Sven | Frischen-Nocher |
| 10954 | Cynthia | Byrum |
| 10956 | Kristy | Johnson |
| 10957 | Jay | Edwards |
| 10958 | Anthony | Stephenson |
| 10959 | Rakesh | Godavari |
| 10960 | Rachel | Mahon |
| 10963 | James | Labadorf |
| 10964 | Joyce | Wright |
| 10965 | Chrislin | Mobley |
| 10966 | Douglas | Runyan |
| 10968 | Ian | Yazell |
| 10969 | Bee | Xiong |
| 10970 | Kemp | Byrd |
| 10972 | JN | Strausbaugh |
| 10973 | Lisa | Revis |
| 10974 | Kaylan | Nwonye |
| 10975 | Robin | Rush |
| 10977 | Anthony | Clark |
| 10984 | Chenetra | Brewington |
| 10986 | Monica | Ricarte |
| 10987 | Ryan | Conner |
| 10989 | Keith | Schifferli |
| 10990 | Kelly | Harris |
| 10991 | Melissa | McFadden |
| 10992 | Tim | Edwards |
| 10995 | Jeff | Sagraves |
| 10996 | Ray | Neely |
| 10997 | William | Chapman |
| 10999 | Joey | Earley |
| 11000 | Steven | Staten |
| 11002 | Gang | Yang |
| 11004 | Mark | Hendel |
| 11006 | Matthew | Yates |
| 11007 | Chastidy | Miller |
| 11009 | Ezekiel | Fleisher |
| 11010 | Robert | Auman |
| 11013 | Kerianne | Wilcox |
| 11014 | Elizabeth | Keifer |
| 11015 | Richard | Floyd |
| 11016 | Lorrie | Domin |
| 11018 | Nancy B | Cundari |
| 11019 | Charles | Crook |
| 11022 | Mike | Couch |
| 11024 | Rigoberto | Victoriano |
| 11027 | William | Campbell |
| 11028 | Toby | Piasecki |
| 11030 | John | Jorgensen |
| 11032 | Jesse | Vergara |
| 11033 | Chris | Driskill |
| 11035 | Lainey | Deshields |