UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

--------------------------------------------
In re:                                          :       Case No.:       15-22985(JKS)

            AKESIS, LLC,                        :       Chapter:              7

                                                :       Judge:         J. Sherwood

                    Debtor.                     :
--------------------------------------------:

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

Terri Jane Freedman, counsel to Chapter 7 Trustee, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

**Address of the Clerk:**   Martin Luther King, Jr. Federal Building
50 Walnut Street, 3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on July 26, 2016 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 3D, United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey, 07102 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

**Nature of Action:** Upon investigation of the financial affairs of the Debtor, the Trustee determined 3D CRO, LLC had received a transfer(s) of funds from the Debtor in the amount of $21,600.00 within 90 days of the Petition Date, which the Trustee believes may be avoided as preferences pursuant to Section 547 of the Bankruptcy Code.

**Pertinent terms of settlement:** 3D CRO, LLC will pay the Trustee a total of $9,000 in a lump sum immediately upon an order approving the settlement becoming a final order. Once the payment has cleared, the parties will be deemed to have released each other from any and all claims..

Objections must be served on, and requests for additional information directed to:

Name:           Terri Jane Freedman, Esq.
Address:        Freedman Law, LLC, 11 Carteret Road, Livingston, NJ 07039
Telephone No.: 973-985-9408