| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | U.S. BANKRUPTCY COURT FILED NEWARK, NJ 2017 MAY -1 A 2:09 [signature] DEPUTY CLERK |
| In Re: Akesis, LLC   Debtor | Case No.: 15-22985 (JKS) Chapter: 7 Judge: J. Sherwood |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Brynn S. Barker
(Example: John Smith, creditor)

Old address: 3916 Cassidy Drive
Waxhaw, NC 28173

New address: 165 Kenwood Trail
Fieldstone
Senoia, GA 30276

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 4/21/2017                  Brynn S. Barker
                                  Signature

rev.2/1/16