| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with**<br>**D.N.J. LBR 9004-(1)(b)**<br>Leech Tishman Fuscaldo & Lampl, LLC<br>1007 N. Orange Street, 4th Floor<br>Wilmington, DE  19801<br>Telephone:  302.332.7181<br>Facsimile:   412.227.5551<br>By:      Gregory W. Hauswirth (GH-8270)<br>           *Attorneys for Defendant, LCC Medical*<br>           *Research Institute, LLC* | |
| In re:<br><br>AKESIS, LLC<br><br>                              Debtor. | Chapter 7<br><br>Case No. 15-22985 (JKS) |

## CERTIFICATE OF SERVICE

1.    I, Gregory W. Hauswirth, represent Defendant, LLC Medical Research Institute, LLC, in this matter.

2.    On December 12, 2017, I sent a copy of the following pleading and/or document to the parties listed in the chart below.

**Objection of LCC Medical Research Institute, LLC to Motion of Chapter 7 Trustee, Nancy Isaacson, for an Order Authorizing Abandonment and Destruction of Certain Records Unnecessary to the Administration of the Debtor's Estate Pursuant to 11 U.S.C. § 554(a) and Rule 6007(a) of the Federal Rules of Bankruptcy Procedure**

3.    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Date:  December 12, 2017*/s/ Gregory W. Hauswirth*
Gregory W. Hauswirth

| Name and Address of Party Served | Relationship of Party of the Case | Mode of Service |
|---|---|---|
| Nancy Isaacson<br>Greenbaum, Rowe, Smith & Davis LLP<br>75 Livingston Avenue, Suite 301<br>Roseland, New Jersey 07068-3701 | Chapter 7 Trustee | U.S. Mail, postage prepaid |
| Eric R. Perkins, Esq.<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>40 West Ridgewood Avenue<br>Ridgewood, NJ 07450 | Counsel to Debtor | U.S. Mail, postage prepaid |
| Office of United States Trustee<br>One Newark Center - Suite 2100<br>Newark, New Jersey 07102 | U.S. Trustee | U.S. Mail, postage prepaid |