B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re Akesis LLC., et al.,    Case No. 15-22985

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Brian Stout | Mimesis Capital Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
90 Main St.
North Stonington, CT, 06359

Court Claim # (if known): 7
Amount of Claim: $1,776.36
Date Claim Filed: 08/09/2015

Phone: 917-767-4262
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
90 Main St.
North Stonington, CT, 06359

Phone: 917-767-4262
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Thomas Braziel*    Date: 09/05/2018
Transferee/Transferee's Agent

*Penalty for making a false statement* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, **Mimesis Capital Partners LLC** ("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to **Brian Stout** ("Purchaser") all of Seller's right, title, and interest in and to Proof of **Claim No. 7** (as defined in 11 U.S.C. § 101(5)) (the "Claim") against the debtor(s) in ***In re Akesis, LLC*** **(Case No. 15-22985-JKS)** pending in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on August 5, 2018.

**Mimesis Capital Partners LLC**

By: *Matthew D. Houk*
Matthew D. Houk (Aug 30, 2018)
Name:  Matthew Houk
Authorized Person, Co-Chief Manager