**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1

**FREEDMAN LAW, LLC**
Terri Jane Freedman, Esq.
9 Elkin Drive
Livingston, New Jersey 07039
Telephone: (973) 985-9408
E-mail: tjfreedman@freedmanlawllc.com

*Attorneys for Nancy Isaacson, Chapter 7 Trustee*

In re:

AKESIS, LLC,

          Debtor.

Case No.: 15-22985 (JKS)

Chapter 7

## NOTICE OF MOTION FOR APPROVAL OF SETTLEMENT OF ALL CLAIMS BY TRUSTEE AGAINST HOPE CLINICAL RESEARCH, MEDICAL CENTER FOR CLINICAL RESEARCH AND LCC MEDICAL RESEARCH INSTITUTE PURSUANT TO RULE 9019

**PLEASE TAKE NOTICE** that on *April 2*, 2019 at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned attorneys for Nancy Isaacson, Chapter 7 Trustee (the "Trustee") for the estate of Akesis, LLC, shall apply to the Honorable John K. Sherwood, Bankruptcy Judge, at the United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey, 07102, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for entry of an order approving of the proposed settlement of all claims of the Trustee against Hope Clinical Research, Medical Center For Clinical Research and LCC Medical Research Institute, LLC.

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion, the Trustee shall rely upon the Certification of Nancy Isaacson.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted with this motion.
Dated: March 7, 2019

          **FREEDMAN LAW, LLC**

          */s/ Terri Jane Freedman*
          Terri Jane Freedman, Esq.
          9 Elkin Drive
          Livingston, New Jersey 07039
          Telephone: (973) 985-9408
          E-mail: tjfreedman@freedmanlawllc.com

*Attorneys for Nancy Isaacson, Chapter 7 Trustee*