| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1 |
| **GREENBAUM ROWE SMITH & DAVIS, LLP**<br>Nancy Isaacson, Esq.<br>75 Livingston Avenue, Suite 301<br>Roseland, New Jersey 07068<br>Telephone: (973) 577-1930<br>Email: nisaacson@greenbaumlaw.com |

| | |
|---|---|
| In Re:<br><br>AKESIS, LLC,<br><br>           Debtor. | Case No. 15-22985 (JKS)<br><br>Chapter 7<br><br>**Hearing Date: June 18, 2019 at 10:00 a.m.** |

### NOTICE OF MOTION OF CHAPTER 7 TRUSTEE FOR AN ORDER APPROVING THE SALE OF CERTAIN ASSETS OF THE DEBTOR'S ESTATE FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND RELATED RELIEF

**PLEASE TAKE NOTICE** that on June 18, 2019 at 10:00 a.m., or as soon thereafter as counsel may be heard, Nancy Isaacson, chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of the captioned debtor ("Debtor"), will move before the Honorable John K. Sherwood, Judge at the United States Bankruptcy Court, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102, Courtroom 3D, for the entry of an order approving the sale of certain assets of the Debtor's Estate to Oak Point Partners, LLC, pursuant to 11 U.S.C. §§ 105 and 363, and granting such other and further relief that the Courts deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of the Trustee's motion, the undersigned shall rely upon the Certification of Nancy Isaacson and Memorandum of Law

submitted herewith pursuant to D.N.J. LBR 9013-1(a). A proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-2, responsive papers, if any, must be filed with the Clerk of the US Bankruptcy Court, District of New Jersey, PO Box 1352, Newark, NJ 07101-1352, and served upon: (i) counsel to the Trustee, Nancy Isaacson, Esq., Greenbaum Rowe Smith & Davis, LLC, 75 Livingston Avenue, Suite 301, Roseland, New Jersey 07068, and (ii) counsel to the proposed purchaser, Attn: Janice A. Alwin, Oak Point Partners, LLC, 5215 Old Orchard Rd., Ste. 1000, Skokie, IL 60077, janice@oakpointpartners.com, no later than seven (7) days prior to the return date.

**PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served, this motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-3 and the relief sought herein may be granted without a hearing.

Dated: May 22, 2019

                                                **GREENBAUM ROWE SMITH & DAVS LLP**

                                                By: /s/ Nancy Isaacson
                                                   Nancy Isaacson, Esq.

                                                 75 Livingston Avenue, Suite 301
                                                 Roseland, New Jersey 07068
                                                 Telephone: (973) 577-1930
                                                 Email: nisaacson@greenbaumlaw.com