NANCY ISAACSON
**GREENBAUM, ROWE, SMITH & DAVIS LLP**
75 Livingston Avenue, Suite 301
Roseland, NJ 07068-3701
Tel. No. 973-535-1600
Counsel for Chapter 7 Trustee, Nancy Isaacson

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>AKESIS, LLC,<br><br><br>Debtor. | Chapter 7 Proceeding<br><br>Case No. 15-22985 (JKS) |

**NOTICE OF MOTION ON BEHALF OF NANCY ISAACSON, CHAPTER 7 TRUSTEE OBJECTING TO CERTAIN CLAIMS.**

**TO:** Attached Service List

**PLEASE TAKE NOTICE** that on September 24, 2019 at 10:00 a.m. or as soon thereafter as counsel may be heard, Nancy Isaacson, Chapter 7 Trustee for the captioned debtor ("Trustee") shall move before the Honorable John K. Sherwood in Courtroom 3D, United States Bankruptcy Court, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, New Jersey 07102 for entry of an Order modifying the claims as set forth on Exhibits A, B and C to the Application in Support of the motion as either (i) the incorrect amount according to the Debtor's books and records as limited by 11 U.S.C. § 507(a)(4), (ii) insufficient documentation to support the claim or (iii) the claim is tardy.

5741276.1

**PLEASE TAKE FURTHER NOTICE** that the Trustee shall rely upon the Applicaton of Nancy Isaacson, Chapter 7 Trustee; and

**PLEASE TAKE FUTHER NOTICE** that a proposed form of Order is submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** THAT YOU ARE RECEIVING THIS NOTICE BECAUSE THE CLAIMS LISTED HEREIN THAT YOU FILED AGAINST AKESIS IN THIS CHAPTER 7 CASE, IS SUBJECT TO THE WITHIN OBJECTION. YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION THEREFORE YOU SHOULD READ THIS NOTICE AND ITS ATTACHMENTS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE ANY ATTORNEY, YOU MAY WISH TO CONSULT ONE.

MOREOVER, UNDER THE OBJECTION AND OUR LOCAL RULES, UNLESS YOU FILE A WRITTEN RESPONSE AND A REQUEST FOR A HEARING WITH THE CLERK OF THE BANKRUPTCY COURT BY THE CLOSE OF BUSINESS ON SEPTEMBER 10, 2019 AND SERVE THE OBJECTION ON THE UNDERSIGNED COUNSEL, THE COURT MAY DEEM ANY OPPOSITION AS WAIVED AND TREAT THIS OBJECTION AS CONCEDED AND AN ENTER ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.

GREENBAUM, ROWE, SMITH & DAVIS LLP
Attorneys for Nancy Isaacson

By: _/s/ Nancy Isaacson_
Nancy Isaacson

Dated: August 21, 2019

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Research Across America/ Texas Pharmaceutical Research 9 Medical Parkway Plaza 202 Dallas, Texas 752407851 | Creditor | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>☐ Email<br>  Notice of Electronic Filing NEF<br>☐ Other: _____<br>     As authorized by the court* |
| Cynthia C. Byrum, 5756 St. James Lane York, SC 29745 | Creditor | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>☐ Email<br>  Notice of Electronic Filing NEF<br>☐ Other: _____<br>     As authorized by the court* |
| Windland Credit Partners 228 Park Avenue Suite No. 63787 New York, NY 10003 | Creditor | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>☐ Email<br>  Notice of Electronic Filing NEF<br>☐ Other: _____<br>     As authorized by the court* |
| Hunter Murdock Sun Pharma 600 College Road East Suite 2100 Princeton, NJ 08540 | Creditor | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>☐ Email<br>  Notice of Electronic Filing NEF<br>☐ Other: _____<br>     As authorized by the court* |
| Visions Clinical Research, LLC c/o Kristi Etchberger, V.P. 8188 Jog Road Suite 204 Boynton Beach, FL 33472 | Creditor | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>☐ Email<br>  Notice of Electronic Filing NEF<br>☐ Other: _____<br>     As authorized by the court* |

5796950.1

| | | |
|---|---|---|
| Cheryl Christenbury<br>329 Breckenridge Place<br>Rock Hill, NC  29732 | Creditor | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>☐ Email<br>   Notice of Electronic Filing<br>   NEF<br>☐ Other: _____<br>   As authorized by the court* |
| Keri L. Winkler<br>2101 Wood Avenue<br>Brisol, PA 19007 | Creditor | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>☐ Email<br>   Notice of Electronic Filing<br>   NEF<br>☐ Other: _____<br>   As authorized by the court* |
| Kotait Clinical Monitoring, LLC<br>Virginia Kotait<br>1605 SW 78th Street<br>Gainesville, FL  32607 | Creditor | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>☐ Email<br>   Notice of Electronic Filing<br>   NEF<br>☐ Other: _____<br>   As authorized by the court* |
| Dermatology Research Center, Inc.<br>1548 East 4500 South<br>Suite 201<br>Salt Lake City, UT  84117 | Creditor | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>☐ Email<br>   Notice of Electronic Filing<br>   NEF<br>☐ Other: _____<br>   As authorized by the court* |
| Staten Holdings<br>248 Latitude Lane<br>Suite 102<br>Clover, SC  29710 | Creditor | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>☐ Email<br>   Notice of Electronic Filing<br>   NEF<br>☐ Other: _____<br>   As authorized by the court* |

| Name/Address | Role | Delivery Method |
|---|---|---|
| State of New Jersey<br>Department of Treasury<br>Division of Taxation<br>P.O. Box 245<br>Trenton, NJ 08695 | Creditor | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>☐ Email<br>   Notice of Electronic Filing<br>   NEF<br>☐ Other: _____<br>   As authorized by the court* |
| The Ligon Company, Inc.<br>P.O. Box 4815<br>Rock Hill, SC 29732 | Creditor | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>☐ Email<br>   Notice of Electronic Filing<br>   NEF<br>☐ Other: _____<br>   As authorized by the court* |
| State of Florida<br>Department of Revenue<br>P.o. Box 6668<br>Tallahassee, FL 32314-6668 | Creditor | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>☐ Email<br>☐ Notice of Electronic Filing<br>   NEF<br>☐ Other: _____<br>   As authorized by the court* |
| Integreview, Ltd.<br>Ron Staija<br>Hajjar Peters, LLP<br>3144 Bee Cases Road<br>Austin, TX 78746 | Creditor | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>☐ Email<br>☐ Notice of Electronic Filing<br>   NEF<br>☐ Other: _____<br>   As authorized by the court* |
| State of New Jersey<br>Office of the Attorney General<br>R. J. Hughes Justice Complex<br>8th Floor, West Wing<br>25 Market Street<br>Trenton, NJ 08625-0080 | | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>☐ Email<br>☐ Notice of Electronic Filing<br>   NEF<br>☐ Other: _____<br>   As authorized by the court* |
| Office of the Attorney General<br>State of Florida<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050 | | ☐ Hand Delivered<br>x Regular Mail<br>☐ Certified Mail/RRR<br>☐ Email<br>☐ Notice of Electronic Filing<br>   NEF<br>☐ Other: _____<br>   As authorized by the court* |

5796950.1