

Order Filed on August 30, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**
**Caption in compliance with D.N.J. LBR 9004-1**

**FREEDMAN LAW, LLC**
Terri Jane Freedman, Esq.
9 Elkin Drive
Livingston, New Jersey 07039
Telephone: (973) 985-9408
E-mail: tjfreedman@freedmanlawllc.com

*Attorneys for Nancy Isaacson, Chapter 7 Trustee*

| In re: | Case No.: 15-22985 (JKS) |
|---|---|
| AKESIS, LLC, | Chapter 7 |
| Debtor. | |

### ORDER APPROVING SETTLEMENT OF ALL CLAIMS OF THE TRUSTEE AGAINST QUARTESIAN CLINICAL RESEARCH AND HEALTH POINT MEDICAL GROUP, INC. PURSUANT TO RULE 9019

The relief set forth on the following pages (2) through (3) is hereby **ORDERED**

**DATED: August 30, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

**THIS MATTER**, having been opened to the Court by Freedman Law, LLC, attorneys for Nancy Isaacson, Chapter 7 Trustee (the "Trustee")[1] for the estate of debtor, Akesis, LLC, upon the Trustee's motion pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for an Order approving the proposed settlement of all claims of the Trustee against Quartesian, LLC and Health Point Medical Group, Inc.; and the Court having considered all of the papers submitted in support of the motion and any papers submitted in opposition and the oral argument of counsel, if any, and for good cause shown, it is hereby,

**ORDERED** as follows:

1. The Quartesian Settlement Agreement, a copy of which is attached as <u>Exhibit A</u> to the Certification of the Trustee and the settlement of all claims of the Trustee against the Quartesian Released Parties (as defined in the Quartesian Settlement Agreement) and all claims of the Quartesian Released Parties against the Estate, is approved in its entirety under Rule 9019 as being fair, reasonable, and adequate. The Quartesian Settlement Agreement is effective and binding on all the parties referenced in such Quartesian Settlement Agreement according to its terms as if fully set forth at length in the Order.

2. The HealthPoint Settlement Agreement, a copy of which is attached as <u>Exhibit B</u> to the Certification of the Trustee and the settlement of all claims of the Trustee against the HealthPoint Released Parties (as defined in the HealthPoint Settlement Agreement) and all claims of the HealthPoint Released Parties against the Estate, is approved in its entirety under Rule 9019 as being fair, reasonable, and adequate. The HealthPoint Settlement Agreement is effective and binding on all the parties referenced in such HealthPoint Settlement Agreement according to its terms as if fully set forth at length in the Order.

3. This Court shall retain jurisdiction with respect to all matters concerning this Order and Quartesian, LLC and Health Point Medical Group, Inc.

---

[1] Each capitalized term not otherwise defined herein shall have the meaning ascribed to such term in the Application.