UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:                              *

AKESIS, LLC                         *   CASE NO. 15-22985/JKS

        Debtor                *   (CHAPTER 7)

                                                     *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TRUSTEE'S REPORT OF SALE

DATE OF SALE:    July 3, 2019

TYPE OF SALE:    Private Sale

PROPERTY SOLD:   Remnant Assets

PURCHASERS:      Oak Point Partners, LLC

PRICE:           $5,000.00

TRUSTEE'S ESTIMATED COMMISSION: $1,250.00 and subject to Court approval.

TRUSTEE'S ATTORNEY'S ESTIMATED FEES: Unknown and subject to Court approval.

LIENS PAID FROM SALE: $0.00

ANTICIPATED NET TO ESTATE: $5,000.00

BANK WHERE NET TO ESTATE IS INVESTED: Mechanics Bank

AMOUNT DISBURSED TO DATE/RETAINED BY TRUSTEE: $0.00/$5,000.00

DATE: 2/3/2021                          /s/Nancy Isaacson, Trustee
                                                    NANCY ISAACSON, Chapter 7 Trustee
                                                    75 Livingston Avenue, Suite 301
                                                    Roseland, NJ 07068-3701
                                                    (973) 535-1600

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 3rd day of February, 2021, copies of the foregoing Report of Sale were served as follows:

**Via CM/ECF Service**

Eric R. Perkins, Esquire
Becker LLC
354 Eisenhower Parkway
Livingston, NJ 07039

Office of the U.S. Trustee
One Newark Center
1085 Raymond Boulevard
Suite 2100
Newark, NJ 07102

                /s/Nancy Isaacson, Trustee
                NANCY ISAACSON, Chapter 7 Trustee