# NANCY ISAACSON, CHAPTER 7 TRUSTEE

Greenbaum Rowe Smith & Davis, LLP

75 Livingston Ave.

Roseland, NJ  07068

(973) 535-1600

nisaacson@greenbaumlaw.com

May 3, 2022

Jeanne A. Naughton, Clerk
United States Bankruptcy Court
Martin Luther King, Jr.
Federal Building
50 Walnut Street
Newark, NJ  07102

      **Re:  Akesis LLC**
           **Case Number: 15-22985**

Dear Ms. Naughton:

    In response to the Court's memo to trustee requesting a Trustee Report, please be advised that I am in the process of attempting to collect final funds. I estimate that I will be able to submit a Final Report by September 30, 2022

                                            Very truly yours,

                                            */s/Nancy Isaacson*
                                            NANCY ISAACSON

NI/teb